**Timothy E. Wilfong, Attorney at Law**
**20 S. Main Street**
**Phoenixville, PA 19460**

**Phone: (610) 935-5555**
**Bar Number: 208737**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISON

IN RE:      Paul C Busch                    :          CASE NO.:   19-13988-jkf


          Debtor(s)                        :          CHAPTER 13

### CERTIFICATE OF SERVICE

    I, Timothy E. Wilfong, herby certify that on **August 16, 2019**, I caused to be served a true and correct copy of the attached **NOTICE OF RESCHEDULED 341 MEETING OF THE CREDITORS** on the case Creditors via USPS First Class Mail, postage prepaid.


          RESPECTFULLY SUBMITTED,

          /s/ Timothy E. Wilfong

          _____
          Timothy E. Wilfong, Esq.
          20 S. Main Street
          Phoenixville, PA 19460
          Attorney ID:  208737
          (610) 935-5555
          (610) 680-3910 (Fax)

**Timothy E. Wilfong, Attorney at Law**
**20 S. Main Street**
**Phoenixville, PA 19460**

**Phone: (610) 935-5555**
**Bar Number: 208737**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISON

IN RE:      Paul C Busch                    :          CASE NO.:   19-13988-jkf


              Debtor(s)                     :          CHAPTER 13


### NOTICE OF RESCHEDULED 341
### MEETING OF THE CREDITORS


You are notified that the 341 meeting of the creditors for the above captioned debtor(s) has been rescheduled for **9/13/2019 at 12:00 PM. at 1234 Market Street, Suite 1813, Philadelphia, PA 19107.**

**Claims Deadlines:**  Proofs of Claims due by **8/30/2019**. Government Proof of Claim Deadline: 12/18/2019

Date: **August 16, 2019**

                              RESPECTFULLY SUBMITTED,

                              /s/ Timothy E. Wilfong
                              _____
                              Timothy E. Wilfong, Esq.
                              20 S. Main Street
                              Phoenixville, PA 19460
                              Attorney ID:  208737
                              (610) 935-5555
                              (610) 680-3910 (Fax)