**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

IN RE:    Paul C Busch    :    CASE NO.: 19-13988-jkf

Debtor(s)    :    CHAPTER 13

**CERTIFICATION OF NO OBJECTION TO APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR TIMOTHY E. WILFONG, ESQUIRE**

I, Timothy E. Wilfong, Esquire, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the APPLICATION FOR COMPENSATION has been served upon me.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

RESPECTFULLY SUBMITTED,

Date: **10/15/2019**    /s/ Timothy E. Wilfong, Esq.

_____
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID: 208737
(610) 247-1249
(610) 680-3910 (Fax)