**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

IN RE:    Paul C Busch    :    CASE NO.:  19-13988-jkf

Debtor(s)    :    CHAPTER 13

**ORDER**

AND NOW this __12th__ day of __December__, 20 __19__, upon consideration of the application of Timothy E. Wilfong, Esquire, attorney for the Debtor(s) and after Notice and the opportunity of hearing, it is hereby ORDERED ~~and DECREED~~ that Debtor(s)' counsel fee in the amount of **$5,000.00** is hereby approved and the balance as stated in the Application, in the amount of **$3,310.00** may be paid to Debtor(s)' counsel as an administrative expense to the extent provided for by the terms of Debtor(s)' confirmed Chapter 13 Plan.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon