United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul C Busch  
      Debtor

Case No. 19-13988-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Dec 12, 2019  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.  
db            +Paul C Busch,    1 Campbell Place,    Phoenixville, PA 19460-1546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        TIMOTHY WILFONG    on behalf of Debtor Paul C Busch timwilfong@aol.com,    notice1776@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISON**

IN RE:   Paul C Busch   :   CASE NO.: 19-13988-jkf

Debtor(s)   :   CHAPTER 13

## ORDER

AND NOW this ____12th____ day of ____December____, 20__19__, upon consideration of the application of Timothy E. Wilfong, Esquire, attorney for the Debtor(s) and after Notice and the opportunity of hearing, it is hereby ORDERED ~~and DECREED~~ that Debtor(s)' counsel fee in the amount of **$5,000.00** is hereby approved and the balance as stated in the Application, in the amount of **$3,310.00** may be paid to Debtor(s)' counsel as an administrative expense to the extent provided for by the terms of Debtor(s)' confirmed Chapter 13 Plan.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon