| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13988-AMC**

PAUL C BUSCH
1 CAMPBELL PLACE
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/21/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/12/2019 | $638.02 | Automatic Payr | 07/26/2019 | $638.02 | Automatic Payr | 08/09/2019 | $638.02 | Automatic Payr |
| 08/26/2019 | $638.02 | Automatic Payr | 09/09/2019 | $638.02 | Automatic Payr | 09/20/2019 | $638.02 | Automatic Payr |
| 10/04/2019 | $638.02 | | 10/23/2019 | $638.02 | | 11/01/2019 | $638.02 | |
| 11/18/2019 | $638.02 | | 12/02/2019 | $638.02 | | 12/13/2019 | $638.02 | |
| 12/30/2019 | $638.02 | | 01/10/2020 | $638.02 | | 01/27/2020 | $638.02 | |
| 02/10/2020 | $638.02 | | 02/24/2020 | $638.02 | | 03/09/2020 | $638.02 | |
| 03/23/2020 | $638.02 | | 04/03/2020 | $638.02 | | 04/17/2020 | $638.02 | |
| 05/01/2020 | $638.02 | | 05/18/2020 | $638.02 | | 06/01/2020 | $638.02 | |
| 06/12/2020 | $638.02 | | 06/26/2020 | $638.02 | | 07/10/2020 | $638.02 | |
| 07/24/2020 | $638.02 | | 08/07/2020 | $638.02 | | | | |

**Total Receipts for the Period: $18,502.58    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,502.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF EDUCATION<br>»» 001 | Unsecured Creditors | $8,472.50 | $543.21 | $7,929.29 |
| 2 | AMERICAN EXPRESS NATIONAL BANK C/O ZWICKER AND ASSOCIATES PC<br>»» 002 | Unsecured Creditors | $5,825.24 | $373.48 | $5,451.76 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $251.25 | $16.11 | $235.14 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,388.90 | $730.19 | $10,658.71 |
| 5 | POLICE & FIRE FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $10,707.43 | $686.50 | $10,020.93 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Creditors | $1,821.59 | $1,821.59 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $14.50 | $0.00 | $14.50 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $28,992.91 | $1,858.82 | $27,134.09 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $6,689.52 | $428.88 | $6,260.64 |

**Chapter 13 Case No. 19-13988-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,702.00 | $301.46 | $4,400.54 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $5,674.58 | $363.81 | $5,310.77 |
| 14 | SOFI LENDING CORP<br>»» 014 | Unsecured Creditors | $8,968.28 | $574.98 | $8,393.30 |
| 15 | SOFI LENDING CORP<br>»» 015 | Unsecured Creditors | $21,868.39 | $1,402.04 | $20,466.35 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,090.94 | $69.94 | $1,021.00 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $20,405.96 | $1,308.29 | $19,097.67 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $8,057.96 | $516.61 | $7,541.35 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,933.70 | $252.20 | $3,681.50 |
| 20 | PENNYMAC LOAN SERVICES LLC<br>»» 020 | Mortgage Arrears | $424.65 | $424.65 | $0.00 |
| 21 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $9,795.15 | $628.00 | $9,167.15 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,502.58 | Current Monthly Payment: | $1,276.04 |
| Paid to Claims: | $15,610.76 | Arrearages: | ($1,914.06) |
| Paid to Trustee: | $1,742.43 | Total Plan Base: | $79,523.12 |
| Funds on Hand: | $1,149.39 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.