IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Paul C Busch** | : | Chapter 13 |
| Debtor(s)/Movant | : | Bankruptcy No. 19-13988-amc |
| | : | |
| **PennyMac Loan Services, LLC** | : | |
| Respondent | : | |

### CERTIFICATION OF NO OBJECTION OR RESPONSE TO MOTION TO APPROVE SECONDARY MORTGAGE NOTE AND MORTGAGE LIEN TO COVER FORBEARANCE

The undersigned hereby certifies that no creditors or parties of interest have objected to the MOTION TO APPROVE SECONDARY MORTGAGE NOTE AND MORTGAGE LIEN TO COVER FORBEARANCE although the requisite objection period has passed.

RESPECTFULLY SUBMITTED,

Date: 02/12/2021

/s/ Timothy E. Wilfong, Esq.

_____
Law Office of Timothy E Wilfong, LLC
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID: 208737
(610) 935-5555
(610) 680-3910 (Fax)