IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Paul C Busch** | : | Chapter 13 |
| Debtor(s)/Movant | : | Bankruptcy No. 19-13988-amc |
| | : | |
| **PennyMac Loan Services, LLC** | : | |
| Respondent | : | |

### ORDER APPROVING SECONDARY MORTGAGE NOTE AND MORTGAGE LIEN TO COVER FORBEARANCE

AND NOW, this _____ day of _____, 20___, in consideration of Movant's MOTION TO APPROVE SECONDARY MORTGAGE NOTE AND MORTGAGE LIEN TO COVER FORBEARANCE for Debtor's residential property located at 1 Campbell Place, Phoenixville, PA 19460, and after notice to the Trustee and all parties in interest, it is hereby

GRANTED; and it is further

ORDERED that the approval and recording of the Partial Claim Secondary Mortgage Note & Secondary Mortgage Lien shall in no way constitute a violation of the automatic stay.

Date: February 17, 2021

_____ J.

United States Bankruptcy Judge