B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re **Paul C Busch**                                              Case No.  **19-13988**

                                                                    Chapter   **13**

*AMENDED*
**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................. **$8,139.50**
   Prior to the filing of this statement I have received....................................................... **$5,000.00**
   Balance Due............................................................................................................. **$3,139.50**

2. The source of the compensation paid to me was:
   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Motion to Extend Stay, Contested Hearings, Objections to Claims, Objections to Confirmation of Chapter 13 Plan, Adversarial Proceedings, Responses to or Hearings on Motions to Lift Stays, Stipulation/Agreements, Motions to Dismiss, Motions for Relief, Motion to Avoid Lien, or other Motions, Notices of Sale, Audits, 2004 Exams, More than one meeting of creditors or confirmation hearing, Amendments to Schedules, Pre & Post-Confirmation Modification/Amendments of Chapter 13 Plans, Adversarial Proceedings to Discharge Student Loans, Filing Fees for amendment for schedules, Reaffirmation Agreements, Court Appearances, Fees for converting to a Chapter 7 or Chapter 13, Motions to Extend or Shorten Time, Loan Modifications, Preparation of Business Case Certification & additional services in connection with a Business Case, Filing Suggestions of Bankruptcy, Supplemental Fee Applications, Any legal service other than those otherwise stated in this agreement, Legal services for initially covered matters that exceed the normal amount of time estimated to resolve that matter**

**The additional hourly fee for the above mentioned excluded matters is $175.00.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/26/2021 | /s/ Timothy E. Wilfong, Esquire |
|---|---|
| *Date* | *Timothy E. Wilfong, Esquire*    Bar No. 208737 |
| | Timothy E. Wilfong, Esquire |
| | Law Office of Timothy LLC |
| | 20 South Main Street |
| | Phoenixville, PA 19460 |
| | Phone: (610) 247-1249 / Fax: (610) 680-3910 |