# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Paul C Busch** | : | Chapter 13 |
| | : | Bankruptcy No. 19-13988-amc |
| **Debtor(s)** | : | |

## CERTIFICATION OF NO RESPONSE OR OBJECTION TO FIRST MOTION OF DEBTOR TO MODIFY AND ABATE CONFIRMED CHAPTER 13 PLAN

I, Timothy E. Wilfong, Esquire, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the FIRST MOTION OF DEBTOR TO MODIFY AND ABATE CONFIRMED CHAPTER 13 PLAN has been served upon me.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion.

RESPECTFULLY SUBMITTED,

Date: **March 23, 2021**            /s/ Timothy E. Wilfong, Esq.

_____
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID:  208737
(610) 247-1249
(610) 680-3910 (Fax)