**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Paul C Busch** | : | Chapter 13 |
| | : | Bankruptcy No. 19-13988-amc |
| **Debtor(s)** | : | |

**CERTIFICATE OF NO RESPONSE OR OBJECTION**
**TO FIRST SUPPLEMENTAL APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER**
**COMFIRMATION OF CHAPTER 13 PLAN**

NOW, this **23rd Day of March, 2021**, Timothy E Wilfong, Esquire, Attorney for Debtor(s), in the above-captioned bankruptcy proceeding certifies as follows:

1. On **February 26, 2021**, I filed a FIRST Supplemental Application for Compensation and Reimbursement of Expenses as Attorney for the Debtor(s).

2. Notice was served on the Office of the U.S. Trustee and all parties in interest as previously certified on **February 26, 2021**.

3. To date, I have received no answer or objection to the FIRST Application for Compensation.

**WHEREFORE**, Timothy E Wilfong, Esquire, Attorney for Debtor(s), requests this Honorable Court enter the Order which was attached to the FIRST Supplemental Application for Compensation.

DATE: _March 23, 2021_                BY:   /s/ Timothy E. Wilfong

                                            _____
                                            Timothy E. Wilfong, Esq.
                                            20 S. Main Street
                                            Phoenixville, PA 19460
                                            Attorney ID:  208737
                                            (610) 935-5555
                                            (610) 680-3910 (Fax)