**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Paul C Busch** | : | Chapter 13 |
| | : | Bankruptcy No. 19-13988-amc |
| **Debtor(s)** | : | |

### ORDER ALLOWING ATTORNEY'S FEES AND EXPENSE

Upon the FIRST Supplemental Application of attorney for the Debtor(s) and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Timothy E. Wilfong, Esquire, be allowed:

| | | |
|---|---|---|
| | $3,139.50 | For attorney's fees |
| | $0.00 | For Expenses |
| | $3,139.50 | TOTAL for Fees AND expenses |
| LESS | $0.00 | credit for funds already received; equals |
| | $3,139.50 | BALANCE DUE to be paid through Chapter 13 Plan. |

**Date: March 24, 2021**

ENTERED: _____        _____

J.

I ASK FOR THIS:

/s/ Timothy E Wilfong
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID:  208737
(610) 935-5555
(610) 680-3910 (Fax)