United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                     Case No. 19-13988-amc

Paul C Busch                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul C Busch, 1 Campbell Place, Phoenixville, PA 19460-1546 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                      Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| TIMOTHY WILFONG | |
| | on behalf of Debtor Paul C Busch timwilfong@aol.com notice1776@gmail.com |

District/off: 0313-2                    User: admin                              Page 2 of 2
Date Rcvd: Mar 24, 2021                 Form ID: pdf900                          Total Noticed: 1

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Paul C Busch                                    :         Chapter 13

                                                :         Bankruptcy No. 19-13988-amc

                          Debtor(s)        :

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSE

Upon the FIRST Supplemental Application of attorney for the Debtor(s) and

supporting exhibits, the Court finds that the attorney's charges for professional services

rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Timothy E. Wilfong, Esquire, be allowed:

    $3,139.50     For attorney's fees

    $0.00         For Expenses

    $3,139.50     TOTAL for Fees AND expenses

LESS    $0.00    credit for funds already received; equals

    $3,139.50     BALANCE DUE to be paid through Chapter 13 Plan.

**Date: March 24, 2021**

ENTERED: _____          _____

                                                                            J.

I ASK FOR THIS:

_/s/ Timothy E Wilfong_
Timothy E. Wilfong, Esq.
20 S. Main Street
Phoenixville, PA 19460
Attorney ID:  208737
(610) 935-5555
(610) 680-3910 (Fax)