| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13988-AMC**

PAUL C BUSCH
1 CAMPBELL PLACE
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/21/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $638.02 | | 01/27/2020 | $638.02 | | 02/10/2020 | $638.02 | |
| 02/24/2020 | $638.02 | | 03/09/2020 | $638.02 | | 03/23/2020 | $638.02 | |
| 04/03/2020 | $638.02 | | 04/17/2020 | $638.02 | | 05/01/2020 | $638.02 | |
| 05/18/2020 | $638.02 | | 06/01/2020 | $638.02 | | 06/12/2020 | $638.02 | |
| 06/26/2020 | $638.02 | | 07/10/2020 | $638.02 | | 07/24/2020 | $638.02 | |
| 08/07/2020 | $638.02 | | 08/21/2020 | $638.02 | | 09/04/2020 | $638.02 | |
| 09/18/2020 | $638.02 | | 10/02/2020 | $638.02 | | 10/19/2020 | $638.02 | |
| 11/06/2020 | $200.00 | | 11/16/2020 | $200.00 | | 11/20/2020 | $200.00 | |
| 11/30/2020 | $200.00 | | 12/04/2020 | $200.00 | | 12/11/2020 | $200.00 | |
| 12/18/2020 | $200.00 | | 12/28/2020 | $200.00 | | 01/05/2021 | $200.00 | |
| 01/11/2021 | $200.00 | | 01/15/2021 | $200.00 | | 01/25/2021 | $200.00 | |
| 01/29/2021 | $200.00 | | 02/05/2021 | $200.00 | | 02/12/2021 | $200.00 | |
| 02/22/2021 | $200.00 | | 03/01/2021 | $200.00 | | 03/05/2021 | $200.00 | |
| 03/12/2021 | $200.00 | | 03/22/2021 | $200.00 | | 03/26/2021 | $200.00 | |
| 04/05/2021 | $233.05 | | 04/16/2021 | $233.05 | | 04/30/2021 | $233.05 | |
| 05/14/2021 | $233.05 | | 06/01/2021 | $233.05 | | | | |

**Total Receipts for the Period:  $18,763.67   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $27,057.93**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPT OF EDUCATION<br>»» 001 | Unsecured Creditors | $8,472.50 | $923.18 | $7,549.32 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $5,825.24 | $634.72 | $5,190.52 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $251.25 | $16.11 | $235.14 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,388.90 | $1,240.93 | $10,147.97 |
| 5 | POLICE & FIRE FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $10,707.43 | $1,166.70 | $9,540.73 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $1,821.59 | $1,821.59 | $0.00 |

**Chapter 13 Case No. 19-13988-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $14.50 | $0.00 | $14.50 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $28,992.91 | $3,159.08 | $25,833.83 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $6,689.52 | $728.90 | $5,960.62 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,702.00 | $512.33 | $4,189.67 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $5,674.58 | $618.31 | $5,056.27 |
| 14 | SOFI LENDING CORP<br>»» 014 | Unsecured Creditors | $8,968.28 | $977.19 | $7,991.09 |
| 15 | SOFI LENDING CORP<br>»» 015 | Unsecured Creditors | $21,868.39 | $2,382.78 | $19,485.61 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,090.94 | $107.22 | $983.72 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $20,405.96 | $2,223.44 | $18,182.52 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $8,057.96 | $877.98 | $7,179.98 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,933.70 | $428.62 | $3,505.08 |
| 20 | PENNYMAC  LOAN SERVICES LLC<br>»» 020 | Mortgage Arrears | $424.65 | $424.65 | $0.00 |
| 21 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $9,795.15 | $1,067.27 | $8,727.88 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,139.50 | $1,814.50 | $1,325.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,057.93 | Current Monthly Payment: | $466.10 |
| Paid to Claims: | $24,435.50 | Arrearages: | ($138.83) |
| Paid to Trustee: | $2,412.68 | Total Plan Base: | $49,046.30 |
| Funds on Hand: | $209.75 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.