IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
PHILADELPHIA DIVISION

IN RE: PAUL C BUSCH

CASE NO. 2-19-BK-13988

CLAIM: 14

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, SYNOVUS hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**SYNOVUS**
**BLDG A STE 4700**
**1 LETTERMAN DR**
**SAN FRANCISCO CA 94129-1494**

To the new address below:

**Resurgent Capital Services**
**PO Box 10587**
**Greenville SC 29603-0587**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Darla Gein                                                                 Date: 5/31/2022
Darla Gein
Telephone: (877) 264-5884