Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-13988-AMC**

PAUL C BUSCH  
1 CAMPBELL PLACE  
PHOENIXVILLE  PA   19460

Petition Filed Date: 06/21/2019  
341 Hearing Date: 08/09/2019  
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $233.05 | | 04/16/2021 | $233.05 | | 04/30/2021 | $233.05 | |
| 05/14/2021 | $233.05 | | 06/01/2021 | $233.05 | | 06/11/2021 | $233.05 | |
| 06/28/2021 | $233.05 | | 07/12/2021 | $233.05 | | 07/26/2021 | $233.05 | |
| 08/06/2021 | $233.05 | | 08/23/2021 | $233.05 | | 09/07/2021 | $233.05 | |
| 09/17/2021 | $233.05 | | 10/01/2021 | $233.05 | | 10/18/2021 | $233.05 | |
| 10/29/2021 | $233.05 | | 11/16/2021 | $233.05 | | 11/29/2021 | $233.05 | |
| 12/10/2021 | $233.05 | | 12/28/2021 | $233.05 | | 01/07/2022 | $233.05 | |
| 01/24/2022 | $233.05 | | 02/11/2022 | $233.00 | | 02/28/2022 | $233.00 | |
| 03/11/2022 | $233.00 | | 03/25/2022 | $233.00 | | 04/08/2022 | $233.00 | |
| 04/25/2022 | $233.00 | | 05/06/2022 | $233.00 | | 05/20/2022 | $233.00 | |
| 06/06/2022 | $233.00 | | 06/17/2022 | $233.00 | | 07/01/2022 | $233.00 | |
| 07/15/2022 | $233.00 | | 07/29/2022 | $233.00 | | | | |

**Total Receipts for the Period: $8,156.10    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $34,048.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF EDUCATION<br>»» 001 | Unsecured Creditors | $8,472.50 | $1,195.44 | $7,277.06 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $5,825.24 | $821.92 | $5,003.32 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $251.25 | $31.69 | $219.56 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,388.90 | $1,606.93 | $9,781.97 |
| 5 | POLICE & FIRE FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $10,707.43 | $1,510.79 | $9,196.64 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $1,821.59 | $1,821.59 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $14.50 | $0.00 | $14.50 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $28,992.91 | $4,090.80 | $24,902.11 |

**Chapter 13 Case No. 19-13988-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $6,689.52 | $943.90 | $5,745.62 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,702.00 | $650.59 | $4,051.41 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $5,674.58 | $800.66 | $4,873.92 |
| 14 | SOFI LENDING CORP<br>»» 014 | Unsecured Creditors | $8,968.28 | $1,265.38 | $7,702.90 |
| 15 | SOFI LENDING CORP<br>»» 015 | Unsecured Creditors | $21,868.39 | $3,085.57 | $18,782.82 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,090.94 | $140.48 | $950.46 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $20,405.96 | $2,879.21 | $17,526.75 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $8,057.96 | $1,136.94 | $6,921.02 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,933.70 | $544.28 | $3,389.42 |
| 20 | PENNYMAC LOAN SERVICES LLC<br>»» 020 | Mortgage Arrears | $424.65 | $424.65 | $0.00 |
| 21 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $9,795.15 | $1,382.06 | $8,413.09 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,139.50 | $3,139.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $34,048.78 | | Current Monthly Payment: | $466.10 |
| Paid to Claims: | $30,782.38 | | Arrearages: | ($604.28) |
| Paid to Trustee: | $3,009.16 | | Total Plan Base: | $49,046.30 |
| Funds on Hand: | $257.24 | | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.