Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13988-AMC

PAUL C BUSCH
1 CAMPBELL PLACE
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/21/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $233.00 | | 08/26/2022 | $233.00 | | 09/12/2022 | $233.00 | |
| 09/23/2022 | $233.00 | | 10/07/2022 | $233.00 | | 10/24/2022 | $233.00 | |
| 11/04/2022 | $233.00 | | 11/21/2022 | $233.00 | | 12/19/2022 | $234.00 | |
| 01/03/2023 | $233.00 | | 01/13/2023 | $233.00 | | 01/27/2023 | $233.00 | |
| 02/10/2023 | $233.00 | | 02/27/2023 | $321.00 | | 03/10/2023 | $321.00 | |
| 03/24/2023 | $321.00 | | 04/07/2023 | $321.00 | | 04/24/2023 | $321.00 | |
| 05/05/2023 | $321.00 | | 05/19/2023 | $321.00 | | 06/05/2023 | $321.00 | |
| 06/16/2023 | $321.00 | | 06/30/2023 | $321.00 | | 07/14/2023 | $321.00 | |
| 07/28/2023 | $321.00 | | | | | | | |

**Total Receipts for the Period: $6,882.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $40,930.78**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPARTMENT OF EDUCATION<br>»» 001 | Unsecured Creditors | $8,472.50 | $1,531.71 | $6,940.79 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $5,825.24 | $1,053.11 | $4,772.13 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $251.25 | $31.69 | $219.56 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,388.90 | $2,058.93 | $9,329.97 |
| 5 | POLICE & FIRE FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $10,707.43 | $1,935.76 | $8,771.67 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $1,821.59 | $1,821.59 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $14.50 | $0.00 | $14.50 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $28,992.91 | $5,241.49 | $23,751.42 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $6,689.52 | $1,209.42 | $5,480.10 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,702.00 | $850.05 | $3,851.95 |

**Chapter 13 Case No. 19-13988-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $5,674.58 | $1,025.88 | $4,648.70 |
| 14 | SOFI LENDING CORP<br>»» 014 | Unsecured Creditors | $8,968.28 | $1,621.30 | $7,346.98 |
| 15 | SOFI LENDING CORP<br>»» 015 | Unsecured Creditors | $21,868.39 | $3,953.52 | $17,914.87 |
| 16 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $1,090.94 | $191.08 | $899.86 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $20,405.96 | $3,689.11 | $16,716.85 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $8,057.96 | $1,456.78 | $6,601.18 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $3,933.70 | $711.13 | $3,222.57 |
| 20 | PENNYMAC  LOAN SERVICES LLC<br>»» 020 | Mortgage Arrears | $424.65 | $424.65 | $0.00 |
| 21 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $9,795.15 | $1,770.85 | $8,024.30 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,139.50 | $3,139.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,930.78 | Current Monthly Payment: | $640.26 |
| Paid to Claims: | $37,027.55 | Arrearages: | ($848.12) |
| Paid to Trustee: | $3,588.61 | Total Plan Base: | $49,046.30 |
| Funds on Hand: | $314.62 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.