| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13988-AMC**

PAUL C BUSCH                                        Petition Filed Date: 06/21/2019
1 CAMPBELL PLACE                                    341 Hearing Date: 08/09/2019
PHOENIXVILLE  PA      19460                          Confirmation Date: 12/11/2019

Case Status: Completed on 8/20/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $321.00 | | 08/25/2023 | $321.00 | | 09/11/2023 | $321.00 | |
| 09/22/2023 | $321.00 | | 10/06/2023 | $321.00 | | 10/23/2023 | $321.00 | |
| 11/03/2023 | $321.00 | | 11/21/2023 | $321.00 | | 12/01/2023 | $321.00 | |
| 12/27/2023 | $330.00 | | 01/02/2024 | $321.00 | | 01/12/2024 | $321.00 | |
| 01/26/2024 | $321.00 | | 02/26/2024 | $330.00 | | 03/08/2024 | $321.00 | |
| 03/22/2024 | $321.00 | | 04/15/2024 | $324.00 | | 04/19/2024 | $321.00 | |
| 05/03/2024 | $321.00 | | 06/03/2024 | $330.00 | | 06/28/2024 | $600.00 | |
| 07/12/2024 | $321.00 | | | | | | | |

**Total Receipts for the Period: $7,371.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $49,286.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | US DEPARTMENT OF EDUCATION<br>»» 001 | Unsecured Creditors | $8,472.50 | $1,938.83 | $6,533.67 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $5,825.24 | $1,333.03 | $4,492.21 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $251.25 | $47.35 | $203.90 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $11,388.90 | $2,606.19 | $8,782.71 |
| 5 | POLICE & FIRE FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $10,707.43 | $2,450.28 | $8,257.15 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $1,821.59 | $1,821.59 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $14.50 | $0.00 | $14.50 |
| 10 | BANK OF AMERICA NA<br>»» 010 | Unsecured Creditors | $28,992.91 | $6,634.66 | $22,358.25 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $6,689.52 | $1,530.85 | $5,158.67 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $4,702.00 | $1,075.98 | $3,626.02 |

**Chapter 13 Case No. 19-13988-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $5,674.58 | $1,298.56 | $4,376.02 |
| 14 | SOFI LENDING CORP »» 014 | Unsecured Creditors | $8,968.28 | $2,052.24 | $6,916.04 |
| 15 | SOFI LENDING CORP »» 015 | Unsecured Creditors | $21,868.39 | $5,004.34 | $16,864.05 |
| 16 | CITIBANK NA »» 016 | Unsecured Creditors | $1,090.94 | $245.46 | $845.48 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |
| 17 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $20,405.96 | $4,669.65 | $15,736.31 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $8,057.96 | $1,843.99 | $6,213.97 |
| 19 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $3,933.70 | $885.16 | $3,048.54 |
| 20 | PENNYMAC  LOAN SERVICES LLC »» 020 | Mortgage Arrears | $424.65 | $424.65 | $0.00 |
| 21 | POLICE & FIRE FCU »» 005 | Unsecured Creditors | $9,795.15 | $2,241.53 | $7,553.62 |
| 0 | TIMOTHY E WILFONG ESQ | Attorney Fees | $3,139.50 | $3,139.50 | $0.00 |
| 22 | INFINITY DENTAL SPECIALISTS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SANTANDER BANK, N.A. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 25 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,286.78 | Current Monthly Payment: | $640.26 |
| Paid to Claims: | $44,553.84 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,411.37 | Total Plan Base: | $49,046.30 |
| Funds on Hand: | $321.57 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.