United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13988-amc |
| Paul C Busch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul C Busch, 1 Campbell Place, Phoenixville, PA 19460-1546 |
| 14345770 | + | Infinity Dental Specialists, LLC, 500 Evergreen Drive, Glen Mills, PA 19342-1032 |
| 14345778 |   | PFFCU, Customer Service, P.O. Box 31112, Tampa, FL 33631-3112 |
| 14370617 | + | PennyMac Loan Services LLC, c/o Kevin G. McDonald, Esq., KMLL aw Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA. 19106-1541 |
| 14345787 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14345759 | | Email/PDF: bncnotices@becket-lee.com | Sep 24 2024 00:19:29 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14345760 | | Email/PDF: bncnotices@becket-lee.com | Sep 24 2024 00:08:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14353311 | + | Email/Text: bkfilings@zwickerpc.com | Sep 23 2024 23:53:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14345761 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 23 2024 23:53:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2234 |
| 14345762 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 23 2024 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14345764 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2024 00:08:40 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14345765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2024 00:08:29 | Citibank Usa, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14345766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2024 00:08:53 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14345768 | | Email/Text: mrdiscen@discover.com | Sep 23 2024 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14345769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2024 00:08:30 | Home Depot Credit Services, Attn: Bankruptcy, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14345771 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2024 23:53:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |

Case 19-13988-amc   Doc 64   Filed 09/25/24   Entered 09/26/24 00:38:33   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14345772 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2024 00:08:46 | JPMorgan Chase Bank, National Assoc., Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14345763 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 24 2024 00:08:38 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14355711 | + | Email/Text: RASEBN@raslg.com | Sep 23 2024 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14428072 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 00:08:50 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14379141 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 00:08:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14345773 | + | Email/Text: Documentfiling@lciinc.com | Sep 23 2024 23:53:00 | Lending Club, 71 Stevenson Street, Ste 300, San Francisco, CA 94105-2985 |
| 14345774 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2024 23:53:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 14375107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2024 00:08:25 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14381603 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2024 00:19:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14345775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2024 00:08:58 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14345776 | + | Email/PDF: ebnotices@pnmac.com | Sep 24 2024 00:08:45 | PennyMac Loan Services, LLC, PO Box 2410, Moorpark, CA 93020-2410 |
| 14345777 | | Email/PDF: ebnotices@pnmac.com | Sep 24 2024 00:08:30 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14345779 | + | Email/Text: bankruptcy1@pffcu.org | Sep 23 2024 23:53:00 | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14345783 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 00:08:25 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14345780 | + | Email/Text: DeftBkr@santander.us | Sep 23 2024 23:53:00 | SANTANDER BANK, N.A., ATTN: BANKRUPTCY DEPT., MC: 10-6438-FB4, 601 PENN STREET, READING, PA 19601-3544 |
| 14345781 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 23 2024 23:53:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14345784 | + | Email/Text: bncmail@w-legal.com | Sep 23 2024 23:53:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14345782 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 24 2024 00:08:25 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 14345785 | ^ | MEBN | Sep 23 2024 23:51:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345786 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2024 00:08:28 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14345788 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2024 23:53:00 | U.S. Department of Education, C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14345789 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 24 2024 00:08:38 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 35

Case 19-13988-amc   Doc 64   Filed 09/25/24   Entered 09/26/24 00:38:33   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14345767 | *+ | Citibank, N.A.,, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14382188 | *+ | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14379417 | *+ | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 14379418 | *+ | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 14346120 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024                           Signature:              /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| TIMOTHY WILFONG | on behalf of Debtor Paul C Busch timwilfong@aol.com  LawOfficeofTimothyWilfong@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 63 − 62

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Paul C Busch )<br>)<br>)<br>Debtor(s). )<br>)<br>) | Case No. 19−13988−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 23, 2024                                               For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court